# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

DANIEL KIBBEE,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:10at044

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

     X  The clerk is directed to file the complaint.

     X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this __29th__ day of __January__, __2010__.

                                       /s/ Dennis L. Beck
                                       Signature of Judicial Officer

                                       Dennis L. Beck, U.S. Magistrate Judge
                                       Name and Title of Judicial Officer