Laura E. Krank
Attorney at Law: 220208
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
DANIEL KIBBEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| DANIEL KIBBEE, | Case No.: 1:10-CV-144 GSA |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 21, 2010, in which to file her Opening Brief and that all other deadlines set forth in the January 29, 2010 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 21, 2010**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26